B3A (Official Form 3A) (12/07) - Cont.

# United States Bankruptcy Court
Northern District Of Illinois

In re **Theresa Parker**
         Debtor

Case No. **10-12598**

Chapter **13**

**Amended**

### ORDER APPROVING PAYMENT OF FILING FEE IN INSTALLMENTS

☐ IT IS ORDERED that the debtor(s) may pay the filing fee in installments on the terms proposed in the foregoing application.

☑ IT IS ORDERED that the debtor(s) shall pay the filing fee according to the following terms:

$ **70.00**    Check one ☑ With the filing of the petition, or
                       ☐ On or before _____

$ **68.00** on or before **4-23-10**

$ **68.00** on or before **5-14-10**

$ **68.00** on or before **5-28-10**

☐ IT IS FURTHER ORDERED that until the filing fee is paid in full the debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

BY THE COURT

Date: **4/6/10**

J. Cox    **Jacqueline P. Cox**
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number :     10 B 12598

Case Name :     Theresa Parker

I, Anthony Watson, Courtroom Deputy to the Honorable Judge Jacqueline P. Cox, certify that on **April 6, 2010** I caused copies of the attached **Order on Debtor's Application for Paying Chapter 13 Filing Fee in Installments** dated , **April 6, 2010** to be served to the parties listed below via facsimile (where indicated); electronically served through the Court's CM/ECF system (where indicated); via First Class Mail as indicated by (**)

Theresa Parker(**)
3720 W 85th Place
Chicago, IL 60652

Tom Vaughn
200 South Michigan , Ste 1300
Chicago, IL 60604
served electronically


William T. Neary
Office of the U. S. Trustee, Region 11
219 South Dearborn, Rm 873
Chicago, IL 60604
served electronically

-------------------------------
Anthony Watson
Courtroom Deputy